■ In the Matter of WILLIAM V. RUGGIO, Petitioner, v TERRENCE M. HAMMILL, as Mayor of the City of Oswego, et al., Respondents. [616 NYS2d 842] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: We conclude that respondents' determination is supported by substantial evidence *(see, Matter of Berenhaus v Ward,* 70 NY2d 436, 443-444; *300 Gramatan Ave. Assocs. v State Div. of*

*Human Rights,* 45 NY2d 176, 179-180; *Matter of Rine v City of Sherrill,* 195 AD2d 961, *lv denied* 82 NY2d 660; *Matter of Perry v Municipal Civ. Serv. Commn.,* 191 AD2d 971, *lv denied* 82 NY2d 653). Because petitioner was found guilty of charges involving deceitful actions that had a negative impact upon the integrity of the police department, the punishment of dismissal is not so disproportionate as to be shocking to one's sense of fairness *(see, Matter of Alfieri v Murphy,* 38 NY2d 976, 977; *Matter of Rine v City of Sherrill, supra; Matter of Perry v Municipal Civ. Serv. Commn., supra).* (Article 78 Proceeding Transferred by Order of Supreme Court, Oswego County, Nicholson, J.) Present—Green, J. P., Balio, Wesley, Callahan and Boehm, JJ.